WWR # 040152640

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| RYAN M. SANT | ) | |
| RACHEL A. SANT | ) | |
| | ) | Bankruptcy No. 18-23388-GLT |
|     Debtors | ) | |
| | ) | Chapter 7 |
| KEYBANK, N.A. | ) | |
|     Movant | ) | |
| | ) | |
|     v. | ) | Hearing Date: 11/15/2018 at 10:00 AM |
| RYAN M. SANT | ) | |
| RACHEL A. SANT | ) | Response Deadline: 10/26/2018 |
| ROSEMARY C. CRAWFORD, TRUSTEE | ) | |
|     Respondents | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 10/09/2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 10/26/2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED:  10/29/2018

        By:   /s/ Brian Langford
            Brian Langford  PA I.D. #324884
            Weltman, Weinberg & Reis Co., L.P.A.
            436 Seventh Avenue
            Suite 2500
            Pittsburgh, PA  15219   (412) 338-7102
              blangford@weltman.com