FILED
10/30/18 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| RYAN M. SANT ) | |
| RACHEL A. SANT ) | |
| ) | Bankruptcy No. 18-23388-GLT |
| Debtors ) | |
| ) | Chapter 7 |
| KEYBANK, N.A. ) | |
| Movant ) | Related to Docket No. 15 |
| ) | |
| v. ) | |
| RYAN M. SANT ) | |
| RACHEL A. SANT ) | |
| ROSEMARY C. CRAWFORD, TRUSTEE ) | |
| Respondents ) | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

This cause came on for hearing this  30th Day of October,           , 2018, in said District, upon the Motion of KeyBank, N.A. for Relief from Automatic Stay and Abandonment.  Upon statements of counsel, the evidence and law:

This Court FINDS that KeyBank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2010 Dodge Nitro, (VIN No.: 1D4PU4GK9AW175091); that the Movant has not been adequately protected; that the Debtors have no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that KeyBank, N.A. be and is hereby granted relief from the Automatic Stay and Abandonment to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____
Honorable Gregoy L. Taddonio
United States Bankruptcy Judge

Brian Langford
PA I.D. #324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-338-7102

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23388-GLT
Ryan M. Sant                                                          Chapter 7
Rachel A. Sant
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ddoy              Page 1 of 1              Date Rcvd: Oct 30, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
jdb            +Rachel A. Sant,    400 Marie Street,    Glassport, PA 15045-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              James Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd     on behalf of Joint Debtor Rachel A. Sant rodsheph@cs.com
              Rodney D. Shepherd     on behalf of Debtor Ryan M. Sant rodsheph@cs.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              William E. Craig    on behalf of Creditor    Wells Fargo Auto ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8