IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>RYAN M. SANT<br>RACHEL A. SANT,<br>    **Debtor(s)** | Bankruptcy No. 18-23388-GLT<br><br>Chapter 7 |
| WELLS FARGO BANK, N.A.<br>d/b/a WELLS FARGO AUTO,<br>    **Movant** | Related To Document No. 23 and 24 |
| v. | **Response Deadline:  11/26/18** |
| RYAN M. SANT<br>RACHEL A. SANT,<br>    **Respondent(s)** | **Hearing Date:  12/6/18 at 10:30 AM** |
| ROSEMARY C. CRAWFORD,<br>    **Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on November 8, 2018, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Ryan and Rachel Sant<br>400 Marie Street<br>Glassport, PA 15045<br>(Debtors) | Rodney D. Shepherd, Esq.<br>River Park Commons<br>2403 Sidney Street, Suite 208<br>Pittsburgh, PA 15203<br>(Attorney For Debtors) |
| Rosemary C. Crawford<br>Crawford McDonald, LLC<br>PO Box 355<br>Allison Park, PA 15101<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

            /s/ William E. Craig
            William E. Craig, Esquire
            Bar ID# 92329
            Morton & Craig LLC
            110 Marter Avenue, Suite 301
            Moorestown, NJ 08057
            (856) 866-0100
            bcraig@mortoncraig.com