FILED
11/30/18 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| RYAN M. SANT | Bankruptcy No. 18-23388-GLT |
| RACHEL A. SANT, | |
| **Debtor(s)** | Chapter 7 |
| | |
| WELLS FARGO BANK, N.A. | |
| d/b/a WELLS FARGO AUTO, | Related To Document No. 23 |
| **Movant** | |
| | |
| v. | **Response Deadline:  11/26/18** |
| | |
| RYAN M. SANT | **Hearing Date:  12/6/18 at 10:30 AM** |
| RACHEL A. SANT, | |
| **Respondent(s)** | |
| | |
| ROSEMARY C. CRAWFORD, | |
| **Trustee** | |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This __30th Day of November,__ 2018, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's certification of service and certification of no objection, it is

ORDERED that the above-captioned Motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. §362 (and, to the extent that relief from the co-debtor stay was requested in the motion, relief from stay is granted under §1301).

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a Certificate Of Service.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

c:   William E. Craig, Esquire
     Morton & Craig LLC
     110 Marter Avenue, Suite 301
     Moorestown, NJ 08057
     (856) 866-0100
     bcraig@mortoncraig.com
     PA I.D. # 92329

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ryan M. Sant  
Rachel A. Sant  
    Debtors

Case No. 18-23388-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: ddoy      Page 1 of 1      Date Rcvd: Nov 30, 2018  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2018.  
db        +Ryan M. Sant,   400 Marie Street,   Glassport, PA 15045-1125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2018                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2018 at the address(es) listed below:

        Brian Thomas Langford   on behalf of Creditor   KeyBank, N.A. PitEcf@weltman.com, PitEcf@weltman.com  
        James Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com  
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Rodney D. Shepherd   on behalf of Joint Debtor Rachel A. Sant rodsheph@cs.com  
        Rodney D. Shepherd   on behalf of Debtor Ryan M. Sant rodsheph@cs.com  
        Rosemary C. Crawford   crawfordmcdonald@aol.com, PA68@ecfcbis.com  
        William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
        William E. Craig   on behalf of Creditor   Wells Fargo Auto ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                TOTAL: 9