Form 615

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ryan M. Sant** | : | Case No. 18−23388−GLT |
| **Rachel A. Sant** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | Related to Doc. No. 37 |
| | : | |

**ORDER OF COURT SCHEDULING HEARING ON REAFFIRMATION AGREEMENT**

*AND NOW*, on this ***The 11th of December, 2018,*** the Court having determined that on December 6, 2018 , the Debtor filed a *Reaffirmation Agreement* with Harley Davidson Credit Corp ,

IT IS HEREBY ORDERED that a hearing on the *Reaffirmation Agreement* shall be held on **January 10, 2019 at 01:30 PM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

IT IS FURTHER ORDERED that the Debtor is directed to appear at the scheduled hearing. Failure to appear at this hearing may result in denial of the *Reaffirmation Agreement* without further notice or hearing.

Dated: December 11, 2018

cm: Debtor
    Harley Davidson Credit Corp
    Rodney Shepherd, Esq.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ryan M. Sant  
Rachel A. Sant  
      Debtors

Case No. 18-23388-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 1     Date Rcvd: Dec 11, 2018  
                               Form ID: 615     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
```
db/jdb         +Ryan M. Sant,    Rachel A. Sant,    400 Marie Street,    Glassport, PA 15045-1125
cr             +Harley-Davidson Credit Corp.,    14841 Dallas Parkway, Suite 425,    DALLAS, TX 75254-8067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
```
          Brian Thomas Langford    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com,
           PitEcf@weltman.com
          James  Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd    on behalf of Debtor Ryan M. Sant rodsheph@cs.com
          Rodney D. Shepherd    on behalf of Joint Debtor Rachel A. Sant rodsheph@cs.com
          Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
          William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    Wells Fargo Auto ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
```
                                                                                                                      TOTAL: 9