Form 617

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ryan M. Sant** | : | Case No. 18−23388−GLT |
| **Rachel A. Sant** | : | |
| *Debtor(s)* | : | Chapter: 7 |
| | : | |
| | : | Related to Doc. No. 37 |
| | : | |

## ORDER OF COURT

     **AND NOW**, to wit, this ***The 10th of January, 2019***, after notice and hearing pursuant to 11 U.S.C. Section 524(d) regarding the Reaffirmation Agreement entered into by and between Debtor(s) and Harley−Davidson Credit Corp filed with the Clerk of Court,

     **IT IS HEREBY ORDERED THAT** the above−referenced reaffirmation agreement be and is **NOT APPROVED** .

Dated: January 10, 2019

cm: Debtor
    Rodney D. Shepherd, Esq.
    Harley−Davidson Credit Corp.,

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ryan M. Sant
Rachel A. Sant
     Debtors

Case No. 18-23388-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 1     Date Rcvd: Jan 10, 2019
                        Form ID: 617    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.
db/jdb      +Ryan M. Sant,    Rachel A. Sant,    400 Marie Street,    Glassport, PA 15045-1125
cr          +Harley-Davidson Credit Corp.,    14841 Dallas Parkway, Suite 425,    DALLAS, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:
         Brian Thomas Langford    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com, PitEcf@weltman.com
         James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Rodney D. Shepherd    on behalf of Debtor Ryan M. Sant rodsheph@cs.com
         Rodney D. Shepherd    on behalf of Joint Debtor Rachel A. Sant rodsheph@cs.com
         Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
         William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
         William E. Craig    on behalf of Creditor    Wells Fargo Auto ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                 TOTAL: 9