**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ryan M. Sant** | Social Security number or ITIN | **xxx−xx−5963** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Rachel A. Sant** | Social Security number or ITIN | **xxx−xx−1411** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18−23388−GLT**

# Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan M. Sant                                            Rachel A. Sant

2/4/19                                                  **By the court:**   Gregory L. Taddonio
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 18-23388-GLT
Ryan M. Sant                                                            Chapter 7
Rachel A. Sant
          Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                  Page 1 of 2                  Date Rcvd: Feb 04, 2019
                               Form ID: 318                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
db/jdb         +Ryan M. Sant,    Rachel A. Sant,    400 Marie Street,    Glassport, PA 15045-1125
cr             +Harley-Davidson Credit Corp.,     14841 Dallas Parkway, Suite 425,    DALLAS, TX 75254-8067
14904886       +Borough of Glassport,    c/o Keystone Collections Group,    P.O. Box 519,    Irwin, PA 15642-0519
14904888        Citizens One Auto Finance,    P.O. Box 42113,    Providence, RI 02940-2113
14904892        Fedloan Servicing,    P.O. Box 530210,    Atlanta, GA 30353-0210
14904893       +Guiller Borrero MD & Associates,     575 Coal Valley Road,    Suite 461,    Clairton, PA 15025-3740
14904894        Harley-Davidson Credit Corporation,     Dept. 15129,    Palatine, IL 60055-5129
14904895        Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
14904897       +Karen L. Woodall, Ph.D.,    155 N. Craig Street,    Suite 120,    Pittsburgh, PA 15213-1513
14904903        PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
14904899        Pendrick Capital Partners/EMP of,     Allegheny County,    c/o Dynamic Recovery Solutions,
                 P.O. Box 25759,    Greenville, SC 29616-0759
14904900        Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14904901        PennyMac Loan Services,    P.O. Box 660929,    Dallas, TX 75266-0929
14904902        Peoples,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14904904        Quick Lane Card,    P.O. Box 9001006,    Louisville, KY 40290-1006
14904905        Robert Marcus,    Koppers Building,    Suite 220,    Pittsburgh, PA 15219
14904909        UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BRCCRAWFORD.COM Feb 05 2019 07:38:00       Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 05 2019 02:59:27       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Feb 05 2019 03:00:20       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: WFFC.COM Feb 05 2019 07:38:00      Wells Fargo Auto,    1451 Thomas Langston Road,
                 Winterville,, NC 28590-8872
cr             +EDI: WFFC.COM Feb 05 2019 07:38:00      Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto,
                 1451 Thomas Langston Road,    Winterville, NC 28590-8872
14904885        EDI: BANKAMER.COM Feb 05 2019 07:38:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
14904887        EDI: CAPITALONE.COM Feb 05 2019 07:38:00       Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
14904889        EDI: WFNNB.COM Feb 05 2019 07:38:00      Comenity-Zales Jewelers,    P.O. Box 659819,
                 San Antonio, TX 78265-9119
14904890       +EDI: RCSFNBMARIN.COM Feb 05 2019 07:38:00       Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
14904891        E-mail/Text: kburkley@bernsteinlaw.com Feb 05 2019 03:00:20       Duquesne Light Company,
                 Payment Processing Center,    P.O. Box 67,    Pittsburgh, PA 15267-0001
14904896       +E-mail/Text: bankruptcy@huntington.com Feb 05 2019 02:59:38       Huntington National Bank,
                 P.O. Box 182387,    Columbus, OH 43218-2387
14904898        E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 05 2019 02:59:59       Keybank,    P.O. Box 94722,
                 Cleveland, OH 44101-4722
14906333       +EDI: PRA.COM Feb 05 2019 07:38:00      PRA Receivables Management, LLC,     PO Box 41021,
                 Norfolk, VA 23541-1021
14904906        EDI: NEXTEL.COM Feb 05 2019 07:38:00       Sprint,    6200 Sprint Parkway,
                 Overland Park, KS 66251
14904907        EDI: WTRRNBANK.COM Feb 05 2019 07:38:00      Target Card Services,     P.O. Box 660170,
                 Dallas, TX 75266-0170
14904910        E-mail/Text: vmcpherson@creditmanagementcompany.com Feb 05 2019 03:00:07
                 UPMC McKeesport Hospital,    c/o Credit Management Company,    P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14904908        E-mail/Text: EBankruptcy@UCFS.NET Feb 05 2019 03:00:35       United Consumer Financial,
                 P.O. Box 856290,    Louisville, KY 40285-6290
14904911        EDI: RMSC.COM Feb 05 2019 07:38:00      Walmart/Synchrony Bank,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
14904912        EDI: WFFC.COM Feb 05 2019 07:38:00      Wells Fargo Dealer Services,     P.O. Box 17900,
                 Denver, CO 80217-0900
                                                                                                TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              KeyBank, N.A.
cr              PENNYMAC LOAN SERVICES LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: culy              Page 2 of 2            Date Rcvd: Feb 04, 2019
                              Form ID: 318            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
          Brian Thomas Langford    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com,
           PitEcf@weltman.com
          James  Warmbrodt     on behalf of Creditor     PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd     on behalf of Joint Debtor Rachel A. Sant rodsheph@cs.com
          Rodney D. Shepherd     on behalf of Debtor Ryan M. Sant rodsheph@cs.com
          Rosemary C. Crawford     crawfordmcdonald@aol.com,    PA68@ecfcbis.com
          William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto
           ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    Wells Fargo Auto ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```